STATE of Missouri, Respondent,

v.

Bobby L. JONES, Appellant.

No. WD 51693.

Missouri Court of Appeals,
Western District.

Submitted April 10, 1996.

Decided June 11, 1996.

Jeannie Arterburn, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty Gen., David R. Truman, Asst. Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

Bobby Jones was convicted of sodomy in violation of § 566.060.3, RSMo 1986. He was sentenced to eight years imprisonment. Jones contends on appeal that the court erred in denying his motion for judgment of acquittal in that, he argues, the evidence was insufficient to support the conviction. Having carefully considered his arguments, we find his appeal to be without merit. A memorandum is furnished to the parties.

Judgment affirmed. Rule 30.25(b).